IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: AMERICAN MEDICAL SYSTEMS, INC.
PELVIC SUPPORT SYSTEMS
PRODUCTS LIABILITY LITIGATION                                  MDL 2325

---

Dorothy Escobedo v. American Medical Systems, Inc.           2:14-cv-027303

MEMORANDUM OPINION AND ORDER

Pending is a Motion to Dismiss Plaintiff Dorothy Escobedo's Complaint with Prejudice for Failure to Comply with Pre-Trial Order #274, filed March 13, 2019. [ECF No. 12]. Plaintiff has not responded to this motion or any of the other various motions on the docket. The court finds, pursuant to Rules 16 and 37 of the Federal Rules of Civil Procedure and after weighing the factors identified in *Wilson v. Volkswagen of Am., Inc.*, 561 F.2d 494, 503-06 (4th Cir. 1977), plaintiff Dorothy Escobedo should be dismissed without prejudice for failure to serve a completed Plaintiff Fact Sheet in compliance with the court's previous pretrial and other orders.

Therefore, the court **ORDERS** that the motion to dismiss [ECF No. 12] is **GRANTED in part** to the extent AMS seeks dismissal of Ms. Escobedo and **DENIED in part** insofar as AMS seeks dismissal with prejudice. The court ORDERS that plaintiff's case is dismissed without prejudice and stricken from the docket.

The court **DIRECTS** the Clerk to send a copy of this order to counsel of record and plaintiff at her last known address.

ENTER: June 12, 2019

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE